DEC - 6 2010

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| FRANK M. PECK, | ) | |
| Plaintiff, | ) | 3:09-cv-0381-LRH-VPC |
| vs. | ) | **ORDER** |
| HOWARD SKOLNICK, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff Frank M. Peck, has a Second Amended Complaint alleging violations of his constitutional rights under 42 U.S.C. § 1983. The complaint is subject to the provisions of 28 U.S.C. § 1915. The Second Amended Complaint sets forth the allegations previously approved by the court in its screening order of August 3, 2010. In that order plaintiff was advised his complaint could proceed as to Court II, which alleged an Eighth Amendment violation. The Second Amended Complaint is adequate to proceed and shall be served upon the defendants.

**IT IS THEREFORE ORDERED** as follows:

1. The Clerk **shall electronically serve a copy of this order, including the attached Notice of Intent to Proceed with Mediation form, along with a copy of plaintiff's second amended complaint (docket #19), on the Office of the Attorney General of the State of Nevada, to the attention of Pamela Sharp.**

2. The Attorney General's Office shall advise the Court within **twenty-one (21) days** of the date of entry of this order whether it can accept service of process for the named defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, *under seal*, the last known address(es) of those defendant(s).

3.  If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).  Plaintiff is reminded that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days of the date the complaint was filed.

4.  If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days** following the date of the early inmate mediation.  If the court declines to mediate this case, an answer or other response shall be due within **thirty (30) days** following the order declining mediation.

5.  The parties **SHALL DETACH, COMPLETE AND FILE** the attached Notice of Intent to Proceed with Mediation form on or before **thirty (30) days** from the date of entry of this order.

DATED:  December 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2

1

2  Name
   _____

3  Prison Number (if applicable)
   _____

4  Address
   _____

5  _____

6

7

8            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA

9

10 _____,  )   Case No. _____

11                   Plaintiff,   )
                                  )
12 v.                             )   NOTICE OF INTENT TO
                                  )   PROCEED WITH MEDIATION
13 _____   )
                                  )
14 _____   )
                  Defendants.     )
15 _____   )

16       This case may be referred to the District of Nevada's early inmate mediation program.  The
   purpose of this notice is to assess the suitability of this case for mediation.  Mediation is a process by
17 which the parties meet with an impartial court-appointed mediator in an effort to bring about an
   expedient resolution that is satisfactory to all parties.
18

19 1.     Do you wish to proceed to early mediation in this case? _____ Yes  _____ No

20 2.     If no, please state the reason(s) you do not wish to proceed with mediation? _____

21    _____

22    _____

23    _____

24 3.     List any and all cases, including the case number, that plaintiff has filed in federal or state court
   in the last five years and the nature of each case. (Attach additional pages if needed).
25

26    _____

                                      3

1

2

3   4.      List any and all cases, including the case number, that are currently pending or any pending grievances concerning issues or claims raised in this case. (Attach additional pages if needed).

4

5

6

7

8   5.      Are there any other comments you would like to express to the court about whether this case is suitable for mediation.  You may include a brief statement as to why you believe this case is suitable for

9   mediation.  (Attach additional pages if needed).

10

11

12

13

14          This form shall be filed with the Clerk of the Court on or before thirty (30) days from the date of entry of this order.

15

16          Counsel for defendants: By signing this form you are certifying to the court that you have consulted with a representative of the Nevada Department of Corrections concerning participation in

17   mediation.

18          Dated this ____ day of _____, 2010.

19

20          _____
            Signature

21

22          _____
            Name of person who prepared or

23          helped prepare this document

24

25

26

4