UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK M. PECK, | ) | 3:09-CV-0381-LRH (VPC) |
|       Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 28, 2011 |
| WCSO DEPUTY WHEELER, et al., | ) | |
|       Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion identifying unserved defendants (#27) is **DENIED as moot**. The Court has already issued an order regarding service of the unserved defendants (#25).

    **IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By: /s/
    Deputy Clerk