UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANK M. PECK, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-00381-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#37[1]) entered on August 24, 2011, recommending granting in part and denying in part Defendants' Motion to Dismiss (#32) filed on April 12, 2011. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#38) on September 6, 2011, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on September 22, 2011 (#40).  Plaintiff then filed his Reply to Response to Objection to Magistrate Judge's Report and Recommendation (#41) on October 5, 2011. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1]Refers to court's docket number.

1  the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant
2  to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate
3  Judge's Report and Recommendation (#37) entered on September 24, 2011, should be adopted and
4  accepted.
5        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#37)
6  entered on August 24, 2011, is adopted and accepted, and Defendants' Motion to Dismiss (#32) is
7  GRANTED in part and DENIED in part as follows:
8  • Defendants' Motion to Dismiss as to Plaintiff's excessive force claim against defendant John
9     Doe #2 for threatening him and Plaintiff's Fifth and Fourteenth Amendment claims is
10    GRANTED;
11 • Defendants' Motion to Dismiss as to all other claims is DENIED.
12    IT IS SO ORDERED.
13    DATED this 8th day of November, 2011.

                                                _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE