1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * * * *

9    FRANK M. PECK,                    )
                                       )
10            Plaintiff,               )        3:09-cv-00381-LRH-VPC
                                       )
11   v.                                )
                                       )        O R D E R
12   THOMAS, *et al.*,                 )
                                       )
13            Defendants.              )
     ──────────────────────────────   )
14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#37[1]) entered on August 24, 2011, recommending granting in part and denying in part

17   Defendants' Motion to Dismiss (#32) filed on April 12, 2011. Plaintiff filed his Objections to

18   Magistrate Judge's Report and Recommendation (#38) on September 6, 2011, and Defendants filed

19   their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on

20   September 22, 2011 (#40).  Plaintiff then filed his Reply to Response to Objection to Magistrate

21   Judge's Report and Recommendation (#41) on October 5, 2011. This action was referred to the

22   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice

23   of the United States District Court for the District of Nevada.

24        The Court has conducted its *de novo* review in this case, has fully considered the objections of

25

26        ────────────────
          [1]Refers to court's docket number.

1    the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

2    to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate

3    Judge's Report and Recommendation (#37) entered on September 24, 2011, should be adopted and

4    accepted.

5          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#37)

6    entered on August 24, 2011, is adopted and accepted, and Defendants' Motion to Dismiss (#32) is

7    GRANTED in part and DENIED in part as follows:

8    ●      Defendants' Motion to Dismiss as to Plaintiff's excessive force claim against defendant John

9          Doe #2 for threatening him and Plaintiff's Fifth and Fourteenth Amendment claims is

10          GRANTED;

11    ●      Defendants' Motion to Dismiss as to all other claims is DENIED.

12          IT IS SO ORDERED.

13          DATED this 8th day of November, 2011.

14

15

16          _____

17          LARRY R. HICKS
           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26