UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANK M. PECK, | ) |
| Plaintiff, | ) 3:09-cv-00381-LRH-VPC ) |
| vs. | ) ORDER ) |
| WASHOE COUNTY; *et al.*, | ) ) |
| Defendants. | ) ) |

Before the court is Plaintiff's Objections to Magistrate Judge's Ruling (#90[1]), which the court will treat as a motion to reconsider Magistrate's Order (#83). Defendant filed a Response to Objection to Magistrate Judge's Rulings (#91).

The Court has conducted its review in this case, has fully considered the parties' pleadings, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#83) will, therefore, be sustained and Plaintiff's motion (#90) is DENIED.

IT IS SO ORDERED.

DATED this 2nd day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.