UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK W. PECK, | ) | 3:09-CV-0381-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| WCSO DEPUTY WHEELER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

To the extent that plaintiff's motion (#102) seeks reconsideration of the Magistrate Judge's order, it is **DENIED**. The U.S. Marshal does not serve ***subpoenas*** in civil cases, even if payment is made. Plaintiff's subpoena and payment instrument have been returned to him twice by the U.S. Marshal together with a list of private process servers.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk