# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK M. PECK, | ) | 3:09-cv-00381-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| THOMAS, *et al.*, | ) | |
| | ) | February 8, 2013 |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to strike and motion for further briefing (#103). Defendants opposed (#107). Plaintiff did not reply.

Plaintiff contends that defendants' reply to their motion for summary judgment (#100) contains misrepresentations which are "outside the scope of their motion" (#103, p. 3). Plaintiff asserts that since defendants have introduced new evidence, plaintiff has a right to respond and/or asks the court to strike defendants' reply memorandum. *Id.* at 4. Defendants oppose plaintiff's motion on the grounds that defendants' arguments in their reply were responsive to the issues plaintiff raised in his opposition to defendants' motion for summary judgment (#98).

The court finds that defendants' reply to their motion for summary judgment (#100) appropriately responded to the issues plaintiff raised in his opposition (#98). Accordingly, plaintiff's motion to strike and motion for further briefing (#103) is hereby **DENIED**.

   IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                          By:        /s/        
                                             Deputy Clerk