# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK W. PECK, | ) | 3:09-CV-0381-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| WCSO DEPUTY WHEELER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for reconsideration (#112) of the court's order #108 denying plaintiff's motion to strike and for further briefing. Defendants have timely opposed the motion (#114), and plaintiff has replied (#116).

Plaintiff's motion for reconsideration (#112) is **DENIED**. The court has reviewed plaintiff's reply regarding the motion to strike and for further briefing, and the court's order (#108) denying the motion stands.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk