UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

FRANK M. PECK,

      Plaintiff,

    v.

THOMAS, *et al.*,

      Defendants.

3:09-cv-00381-LRH-VPC

O R D E R

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#109[1]) entered on February 11, 2013, recommending granting Defendants' Motion for Summary Judgment (#92) filed on October 29, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#113) on February 25, 2013, and Defendants filed their Response to Plaintiff's Objections (#115) on March 13, 2013. Plaintiff filed his Reply to Response to Objection to Magistrate Judge's Report and Recommendations (#118) on March 25, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other

---

[1] Refers to court's docket number.

1 relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court
2 determines that the Magistrate Judge's Report and Recommendation (#109) entered on February 11,
3 2013, should be adopted and accepted. Fundamentally, this is an action alleging excessive force and
4 evidence taken in its most favorable view to Plaintiff does not support an excessive force case under
5 the law.

6     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
7 (#109) entered on February 11, 2013, is adopted and accepted, and Defendants' Motion for Summary
8 Judgment (#92) is GRANTED.

9     IT IS SO ORDERED.
10     DATED this 29th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2