UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FRANK M. PECK, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-00381-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#109[1]) entered on February 11, 2013, recommending granting Defendants' Motion for Summary Judgment (#92) filed on October 29, 2012.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#113) on February 25, 2013, and Defendants filed their Response to Plaintiff's Objections (#115) on March 13, 2013. Plaintiff filed his Reply to Response to Objection to Magistrate Judge's Report and Recommendations (#118) on March 25, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other

---

[1]Refers to court's docket number.

relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#109) entered on February 11, 2013, should be adopted and accepted. Fundamentally, this is an action alleging excessive force and evidence taken in its most favorable view to Plaintiff does not support an excessive force case under the law.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#109) entered on February 11, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#92) is GRANTED.

IT IS SO ORDERED.

DATED this 29th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE