UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK W. PECK, | ) | 3:09-CV-0381-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| WCSO DEPUTY WHEELER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 29, 2013, the District Court adopted and accepted the report and recommendation of the Magistrate Judge granting the defendants' motion for summary judgment (#119).  This case is now closed.

Plaintiff's motion for contempt order (#120) is **DENIED**.  Plaintiff does not include a certificate of service of the motion on Mary Lou Wilson, the person he is seeking to be held in contempt.  Nor does he provide any exhibits evidencing that Ms. Wilson was ever served with a subpoena or that he paid any witness fees that may have been required.  Moreover, discovery is long over and this case is now closed.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
       Deputy Clerk